# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Accuristix | 1/6/2023 | 266962 | Check | $ 10,196.96 |
| Akorn Operating Company, LLC | Accuristix | 2/8/2023 | 267274 | Check | $ 47.99 |
| Akorn Operating Company, LLC | Accuristix | 2/15/2023 | 267153 | Check | $ 12,425.24 |
| | | | | | $ 22,670.19 |