# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| AKORN HOLDING COMPANY LLC, *et al.*,[1] | Case No. 23-10253 (KBO) |
| Debtors. | |
| GEORGE MILLER, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATES OF AKORN HOLDING COMPANY, LLC, ET AL., | |
| Plaintiff, | Adv. Pro. No. 25-50386 (KBO) |
| v. | **Related Adv D.I.: 5** |
| ACCURISTIX, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF NOTICE OF
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

**PLEASE TAKE NOTICE** that Plaintiff George L. Miller, in his capacity as chapter 7 trustee of the bankruptcy estates for the above-captioned debtors, by and through his undersigned counsel, hereby withdraws the *Notice of Voluntary Dismissal of Adversary Proceeding* [Adv D.I. 5].

*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

-2-

| | |
|---|---|
| Dated:  February 10, 2026 | **SAUL EWING LLP** |
| | |
| | */s/ Evan T. Miller*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com |
| | |
| | *Counsel to Plaintiff George L. Miller, as Chapter 7 Trustee* |